Certificate Number: 03088-NJ-DE-033652817

Bankruptcy Case Number: 19-25621



03088-NJ-DE-033652817

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 5, 2019</u>, at <u>11:35</u> o'clock <u>AM CST</u>, <u>Mary P Lusch</u> completed a course on personal financial management given <u>by telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   November 5, 2019               By:   /s/David Nungesser

                                        Name:  David Nungesser

                                        Title:  Counselor