| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

### REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019

**Chapter 13 Case No. 19-25621 / MBK**

| | |
|---|---|
| Albert C. Lusch, Sr. | Petition Filed Date: 08/13/2019 |
| Mary Patricia Lusch | 341 Hearing Date: 09/12/2019 |
| | Confirmation Date: 01/08/2020 |

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/28/2019 | $665.00 | 61280920 | 09/30/2019 | $665.00 | 3468757 | 11/01/2019 | $665.00 | 3450367 |
| 12/05/2019 | $525.00 | 3450397 | | | | | | |

**Total Receipts for the Period: $2,520.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $3,608.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Albert C. Lusch, Sr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | WILLIAM G TAURIELLO ESQ<br>»»  ATTORNEY DISCLOSURE | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $8,699.93 | $0.00 | $8,699.93 |
| 2 | INTERNAL REVENUE SERVICE<br>»»  2015, 2017-2018/PAY IN FULL (MP) | Secured Creditors | $25,991.59 | $0.00 | $25,991.59 |
| 3 | INTERNAL REVENUE SERVICE<br>»»  2017/AMD $0 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 4 | TOYOTA MOTOR CREDIT CORP<br>»»  2018 TOYOTA CAMRY | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | AMERICAN EXPRESS | Unsecured Creditors | $5,171.30 | $0.00 | $5,171.30 |
| 6 | PNC Bank, NA<br>»»  P/48 JEFFREY CIR/1ST MTG | Mortgage Arrears | $131.34 | $0.00 | $131.34 |
| 7 | AMERICAN EXPRESS | Unsecured Creditors | $23,525.85 | $0.00 | $23,525.85 |
| 8 | WELLS FARGO BANK, NA | Unsecured Creditors | $2,814.36 | $0.00 | $2,814.36 |
| 9 | WELLS FARGO BANK, NA | Unsecured Creditors | $12,001.73 | $0.00 | $12,001.73 |
| 10 | BANK OF AMERICA | Unsecured Creditors | $8,729.78 | $0.00 | $8,729.78 |
| 11 | CAPITAL ONE, NA<br>»»  KOHL'S | Unsecured Creditors | $109.20 | $0.00 | $109.20 |
| 12 | LVNV FUNDING LLC<br>»»  CITIBANK/DRIVERS EDGE | Unsecured Creditors | $5,844.69 | $0.00 | $5,844.69 |
| 13 | Verizon by American InfoSource as Agent | Unsecured Creditors | $526.33 | $0.00 | $526.33 |
| 14 | PNC Bank, N.A. | Unsecured Creditors | $11,377.30 | $0.00 | $11,377.30 |
| 15 | CITIBANK, N.A.<br>»»  SHOP YOUR WAY MC | Unsecured Creditors | $4,585.42 | $0.00 | $4,585.42 |
| 16 | CITIBANK, N.A.<br>»»  HOME DEPOT | Unsecured Creditors | $425.37 | $0.00 | $425.37 |

| | | | | | |
|---|---|---|---|---|---|
| 17 | TOYOTA MOTOR CREDIT CORP | Debt Secured by Vehicle | $531.00 | $391.60 | $139.40 |
| | »» 2018 TOYOTA CAMRY/ORDER 12/13/19 | | | | |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,608.00 | Plan Balance: | $29,376.00 ** |
| Paid to Claims: | $2,891.60 | Current Monthly Payment: | $544.00 |
| Paid to Trustee: | $193.94 | Arrearages: | $0.00 |
| Funds on Hand: | $522.46 | Total Plan Base: | $32,984.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**

**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.