GORSKI KNOWLTON PC
311 Whitehorse Avenue; Suite A
Hamilton, New Jersey 08610
(609) 964-4000
Allen I. Gorski, Esquire
Attorneys for the Debtor(s)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In the Matter of** | **Chapter 13** |
| Albert C. Lusch, Sr. & Mary Patricia Lusch, | Case # 19-25621 |
| Debtor | Judge:  Christine M. Gravelle |

**SUBSTITUTION OF ATTORNEY**

The undersigned hereby consent to the substitution of Gorski Knowlton PC, attorneys for the Debtor in the above-captioned matter.

| **Superseding Attorney** | **Withdrawing Attorney** |
|---|---|
| **Allen I. Gorski, Esquire** | **William G. Tauriello, Esquire** |
| **Gorski & Knowlton PC** | **New Market Bldg.** |
| **311 Whitehorse Avenue; Suite A** | **63 Main St. , Suite 204** |
| **Hamilton, NJ  08610** | **Flemington, New Jersey 08822** |
| **Attorneys for Debtor** | **Attorneys for Debtor** |

BY: _____  BY: _____
    **Allen I. Gorski, Esquire**         William G. Tauriello, Esquire

**Dated:** 7/21/2020         **Dated:** 6/18/20