UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

In Re:

Albert C. Lusch, Sr. & Mary Patricia Lusch,

Debtors.

Case No.: 19-25621-MBK

Chapter: 13

Hearing Date: n/a

Judge: Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Notice of Request for Mortgage Forbearance (Docket # 37)

_____

Date: 10/21/2020

/s/ Denise Carlon
Signature

*rev.8/1/15*