UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Allen I. Gorski, Esquire
Gorski & Knowlton, PC
311 Whitehorse Ave., Suite A
Hamilton, NJ  08610
Phone:  (609)964-4000
Email:  agorski@gorskiknowlton.com
Attorneys for Debtor

**Order Filed on January 25, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Albert C. Lusch, Sr. & Patricia Lusch,

Debtors

Case No.:       19-25621

Chapter:        13

Judge:          Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 25, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Gorski & Knowlton PC_____, the applicant, is allowed a fee of $ _____1,000.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____1,000.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____569.00_____ per month for _____43_____ months to allow for payment of the above fee.

*rev.8/1/15*