| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-25621 / MBK**

Albert C. Lusch, Sr.
Mary Patricia Lusch

Petition Filed Date: 08/13/2019
341 Hearing Date: 09/12/2019
Confirmation Date: 01/08/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | $525.00 | 3424139 | 02/04/2020 | $563.00 | 3424179 | 03/05/2020 | $544.00 | 3424313 |
| 04/24/2020 | $544.00 | 3314965 | 07/13/2020 | $544.00 | 3660747 | 07/28/2020 | $544.00 | 3673911 |
| 08/10/2020 | $1,089.76 | 3673976 | 08/27/2020 | $544.00 | 70394120 | 09/30/2020 | $544.00 | 71193260 |
| 10/30/2020 | $544.00 | 71920150 | 12/01/2020 | $544.00 | 72703690 | 12/29/2020 | $544.00 | 73373140 |
| 02/02/2021 | $544.00 | 74271330 | | | | | | |

**Total Receipts for the Period: $7,617.76    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $10,137.76**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Albert C. Lusch, Sr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | WILLIAM G TAURIELLO ESQ<br>»»  ATTORNEY DISCLOSURE | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $8,699.93 | $0.00 | $8,699.93 |
| 2 | INTERNAL REVENUE SERVICE<br>»»  2015, 2017-2018/PAY IN FULL (MP) | Secured Creditors | $25,991.59 | $5,311.47 | $20,680.12 |
| 3 | INTERNAL REVENUE SERVICE<br>»»  2017/AMD $0 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 4 | TOYOTA MOTOR CREDIT CORP<br>»»  2018 TOYOTA CAMRY | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | AMERICAN EXPRESS | Unsecured Creditors | $5,171.30 | $0.00 | $5,171.30 |
| 6 | PNC Bank, NA<br>»»  P/48 JEFFREY CIR/1ST MTG | Mortgage Arrears | $131.34 | $19.24 | $112.10 |
| 7 | AMERICAN EXPRESS | Unsecured Creditors | $23,525.85 | $0.00 | $23,525.85 |
| 8 | WELLS FARGO BANK, NA | Unsecured Creditors | $2,814.36 | $0.00 | $2,814.36 |
| 9 | WELLS FARGO BANK, NA | Unsecured Creditors | $12,001.73 | $0.00 | $12,001.73 |
| 10 | BANK OF AMERICA | Unsecured Creditors | $8,729.78 | $0.00 | $8,729.78 |
| 11 | CAPITAL ONE, NA<br>»»  KOHL'S | Unsecured Creditors | $109.20 | $0.00 | $109.20 |
| 12 | LVNV FUNDING LLC<br>»»  CITIBANK/DRIVERS EDGE | Unsecured Creditors | $5,844.69 | $0.00 | $5,844.69 |
| 13 | Verizon by American InfoSource as Agent | Unsecured Creditors | $526.33 | $0.00 | $526.33 |
| 14 | PNC Bank, N.A. | Unsecured Creditors | $11,377.30 | $0.00 | $11,377.30 |

**Chapter 13 Case No. 19-25621 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 15 | CITIBANK, N.A. <br> »» SHOP YOUR WAY MC | Unsecured Creditors | $4,585.42 | $0.00 | $4,585.42 |
| 16 | CITIBANK, N.A. <br> »» HOME DEPOT | Unsecured Creditors | $425.37 | $0.00 | $425.37 |
| 17 | TOYOTA MOTOR CREDIT CORP <br> »» 2018 TOYOTA CAMRY/ORDER 12/13/19 | Debt Secured by Vehicle | $531.00 | $531.00 | $0.00 |
| 0 | Allen I. Gorski, Esq. <br> »» ORDER 1/25/21 | Attorney Fees | $1,000.00 | $510.82 | $489.18 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,137.76 | Plan Balance: | $22,846.24 ** |
| Paid to Claims: | $8,872.53 | Current Monthly Payment: | $569.00 |
| Paid to Trustee: | $746.81 | Arrearages: | $23.24 |
| Funds on Hand: | $518.42 | Total Plan Base: | $32,984.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**