| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |

In re:

Albert C. Lusch, Sr.
Mary Patricia Lusch

Debtor(s)

Case No.: 19-25621 / MBK

Judge: Michael B. Kaplan

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 11/2/2022, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

    **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  11/2/2022

/s/  Kierstyn Buchanan
Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Albert C. Lusch, Sr.<br>Mary Patricia Lusch<br>48 Jeffrey Circle<br>Dayton, NJ  08810 | Debtor(s) | Regular Mail |
| Allen I. Gorski, Esq.<br>Gorski & Knowlton PC<br>311 Whitehorse Ave, Ste A4<br>Hamilton,  NJ  08610 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |