Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−25621−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Albert C. Lusch Sr.                          Mary Patricia Lusch
dba LUSCH CONSULTING SERVICES    48 Jeffrey Circle
LLC                                          Dayton, NJ 08810
48 Jeffrey Circle
Dayton, NJ 08810

Social Security No.:
    xxx−xx−3622                              xxx−xx−5405

Employer's Tax I.D. No.:
    81−1675624

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 12/14/22 at 09:00 AM

to consider and act upon the following:

*50* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 11/16/2022. (Attachments: # 1 Proposed Order) (Russo, Albert)

*51* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 11/16/2022. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 11/14/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court