UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

GORSKI KNOWLTON PC
Allen I. Gorski, Esquire
311 Whitehorse Avenue; Suite A
Hamilton, New Jersey 08610
Phone: 609-964-4000
agorski@gorskiknowlton.com
Attorneys for Debtor(s)

| | |
|---|---|
| In Re:<br><br>Albert C. Lusch, Sr. & Mary Patricia Lusch,<br><br>Debtors | Case No.: 19-25621-MBK<br>Judge: Kaplan<br>Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by ___PNC Bank___, creditor,

    A hearing has been scheduled for ___January 11, 2023___, at __9:00 am__.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
See attached.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 12-8-22

_____
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

Attachment to Debtors Certification in Opposition to Creditor's Motion for Relief from Stay
Albert C. Lusch, Sr. & Mary Patricia Lusch
Case No.: 19-25621-MBK

I incorporate by reference the opposition that we filed to the Trustee's Certification of Default. My husband is in a continuing care facility and our budget has changed substantially. Through my son and daughter, we obtained a trustee payoff and my children gift to me the $14,280.24 necessary to complete the Plan. Now that I don't have to maintain Trustee payments, I should be able to focus on maintaining mortgage payments with the assistance of my children. Attached is proof of the $2,015.44 payment made to PNC Bank on December 5, 2022.

**PNC** *Online Banking*

**Mortgage XXXXXX8147**
**Current Principal Balance: $240,737.70**
**Next Payment Due: $2,015.44**
**Payment Due Date: 09/01/2022**

## Payment Details

Show 10 entries                          Search

| Date | Description | Amount | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 12/05/2022 | PAYMENT APPLIED | $2,015.44 | | | | $2,015.44 |
| 10/14/2022 | CITY TAX DISBURSEMENT | -$1,775.06 | | | -$1,775.06 | - |
| 09/02/2022 | PAYMENT APPLIED | | $511.69 | $728.77 | $675.61 | -$1,916.07 |
| 09/01/2022 | PAYMENT APPLIED | $1,916.07 | | | | $1,916.07 |
| 08/02/2022 | PAYMENT APPLIED | | $510.14 | $730.32 | $675.61 | -$1,916.07 |
| 08/01/2022 | PAYMENT APPLIED | $1,916.07 | | | | $1,916.07 |
| 07/15/2022 | CITY TAX DISBURSEMENT | -$1,963.74 | | | -$1,963.74 | - |
| 07/05/2022 | PAYMENT APPLIED | | $508.61 | $731.85 | $675.61 | -$1,916.07 |
| 07/01/2022 | PAYMENT APPLIED | $1,916.07 | | | | $1,916.07 |
| 06/13/2022 | RETURNED CHECK | | | | | -$39.17 |
| 06/13/2022 | RETURNED CHECK | | -$508.61 | -$731.85 | -$675.61 | - |
| 06/06/2022 | PAYMENT APPLIED | | $508.61 | $731.85 | $675.61 | -$1,916.07 |
| 06/03/2022 | PAYMENT APPLIED | $1,955.24 | | | | $1,955.24 |
| 05/06/2022 | PAYMENT APPLIED | | $507.08 | $733.38 | $675.61 | -$1,916.07 |
| 05/05/2022 | PAYMENT APPLIED | $1,955.24 | | | | $1,955.24 |
| 04/20/2022 | CITY TAX DISBURSEMENT | -$1,854.66 | | | -$1,854.66 | - |
| 04/06/2022 | PAYMENT APPLIED | | $505.55 | $734.91 | $675.61 | -$1,916.07 |
| 04/05/2022 | PAYMENT APPLIED | $1,955.24 | | | | $1,955.24 |
| 03/07/2022 | PAYMENT APPLIED | | $504.03 | $736.43 | $675.61 | -$1,916.07 |
| 03/04/2022 | PAYMENT APPLIED | $1,955.24 | | | | $1,955.24 |
| 02/09/2022 | PAYMENT APPLIED | | | | $15.69 | -$15.69 |
| 02/08/2022 | PAYMENT APPLIED | $15.69 | | | | $15.69 |
| 02/07/2022 | PAYMENT APPLIED | | $502.51 | $737.95 | $675.61 | -$1,916.07 |
| 02/04/2022 | PAYMENT APPLIED | $1,955.24 | | | | $1,955.24 |

| Date | Description | Amount | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 01/14/2022 | CITY TAX DISBURSEMENT | -$1,854.66 | | | -$1,854.66 | - |
| 01/06/2022 | PAYMENT APPLIED | | $501.00 | $739.46 | $675.61 | -$1,916.07 |
| 01/05/2022 | PAYMENT APPLIED | $1,955.24 | | | | $1,955.24 |
| 12/22/2021 | HOMEOWNERS INSURANCE DISBURSEMENT | -$1,346.00 | | | -$1,346.00 | - |
| 12/06/2021 | PAYMENT APPLIED | | $499.49 | $740.97 | $675.61 | -$1,916.07 |
| 12/03/2021 | PAYMENT APPLIED | $1,955.24 | | | | $1,955.24 |
| 11/08/2021 | PAYMENT APPLIED | | $497.98 | $742.48 | $675.61 | -$1,916.07 |
| 11/05/2021 | PAYMENT APPLIED | $1,955.24 | | | | $1,955.24 |
| 10/15/2021 | CITY TAX DISBURSEMENT | -$1,686.25 | | | -$1,686.25 | - |
| 10/06/2021 | PAYMENT APPLIED | | $496.48 | $743.98 | $675.61 | -$1,916.07 |
| 10/05/2021 | PAYMENT APPLIED | $1,955.24 | | | | $1,955.24 |
| 09/07/2021 | PAYMENT APPLIED | | $494.99 | $745.47 | $675.61 | -$1,916.07 |
| 09/03/2021 | PAYMENT APPLIED | $1,955.24 | | | | $1,955.24 |
| 08/06/2021 | PAYMENT APPLIED | | $493.50 | $746.96 | $738.73 | -$1,979.19 |
| 08/05/2021 | PAYMENT APPLIED | $1,955.24 | | | | $1,955.24 |
| 07/21/2021 | CITY TAX DISBURSEMENT | -$1,985.48 | | | -$1,985.48 | - |

< prev  next >

© Copyright 2022. The PNC Financial Services Group, Inc. All Rights Reserved.
Need Help? Call us at 1-888-PNC-BANK (762-2265)