| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Albert C. Lusch, Sr. & Mary Patricia Lusch,<br><br>Debtors | Case No.: 19-25621-CMG<br><br>Chapter: 13<br><br>Judge: Christine M. Gravelle |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Albert C. Lusch, Sr. _____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 2/18/23

Debtor's Signature: [signed] POA

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

*rev.8/1/18*