UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on October 11, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Case No.:

Hearing Date:

Judge:

Chapter:

Recommended Local Form:   ☐ Followed   ☐ Modified

**ORDER REOPENING CASE & RELEASING FEDERAL TAX LIEN**

The relief set forth on the following page is **ORDERED**.

**DATED: October 11, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of _____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ❏ A Trustee shall be appointed.

   ❏ A Trustee shall not be appointed.

3. ❏ An amendment to the schedule(s) noted in the underlying motion shall be filed within 14 days of the date of this order. If the amendment is not filed, the case shall be reclosed without further order of the court.

4. The case shall be reviewed within _____ days for closing eligibility. The case may be closed upon entry of the discharge.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

Allen I. Gorski, Esquire shall be appointed as Attorney-in-Fact and authorized to sign any and all documents necessary to release Notice of Federal Tax Lien filed July 10, 2019 in Middlesex County, New Jersey instrument # 2019053473 recorded in Book 17550 Page 1075 in the amount of $20,786.82.

Forward Settlement Solutions shall release to the Debtors the funds in escrow pursuant to the August 11, 2023 Escrow Agreement.