UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gorski & Knowlton PC
By: Allen I. Gorski, Esquire
311 Whitehorse Ave, Suite A
Hamilton, New Jersey 08610
(609) 964-4000
agorski@gorskiknowlton.com
Attorneys for Debtor(s)

**Order Filed on October 11, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Albert C. Lusch, Sr. and Mary Patricia Lusch,

Debtors

Case No.: 19-25621-MBK
Hearing Date: 10/11/23
Judge: Kaplan
Chapter: 13

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER REOPENING CASE & RELEASING FEDERAL TAX LIEN

The relief set forth on the following page is **ORDERED**.

**DATED: October 11, 2023**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Upon the motion of ____Debtors, Albert C. Lusch, Sr. & Mary Patricia Lusch____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ❏ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ❏ An amendment to the schedule(s) noted in the underlying motion shall be filed within 14 days of the date of this order. If the amendment is not filed, the case shall be reclosed without further order of the court.

4. The case shall be reviewed within __30__ days for closing eligibility. The case may be closed upon entry of the discharge.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

Allen I. Gorski, Esquire shall be appointed as Attorney-in-Fact and authorized to sign any and all documents necessary to release Notice of Federal Tax Lien filed July 10, 2019 in Middlesex County, New Jersey instrument # 2019053473 recorded in Book 17550 Page 1075 in the amount of $20,786.82.

Forward Settlement Solutions shall release to the Debtors the funds in escrow pursuant to the August 11, 2023 Escrow Agreement.

2

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-25621-MBK
Albert C. Lusch, Sr.  Chapter 13
Mary Patricia Lusch
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Oct 13, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Albert C. Lusch, Sr., Mary Patricia Lusch, 48 Jeffrey Circle, Dayton, NJ 08810-1430 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Allen I Gorski | on behalf of Joint Debtor Mary Patricia Lusch agorski@gorskiknowlton.com |
| Allen I Gorski | on behalf of Debtor Albert C. Lusch  Sr. agorski@gorskiknowlton.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 13, 2023 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor Toyota Motor Credit Corporation  kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7